```
                                                           FILED
                                                       July 06, 2009
                                                   CLERK, U.S. BANKRUPTCY COURT
                                                   EASTERN DISTRICT OF CALIFORNIA

                                                          0001937554
```

1  MICHAEL P. DACQUISTO
   Chapter 7 Trustee
2  PO Box 992631
   Redding, California 96099-2631
3
   Telephone: (530) 244-6267
4  Fax:       (530) 244-0907

5

6

7

8                     UNITED STATES BANKRUPTCY COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 In re                              Case No: 09-28692-C-7

12 NANCY LOUISE BREWIN                REPORT OF SALE

13 _____Debtor_____/

14

15       NOTICE IS GIVEN that the trustee, MICHAEL P. DACQUISTO, filed a NOTICE

16 OF INTENT TO SELL ASSETS in the above-entitled proceeding on June 9, 2009. The

17 last day to object was July 2, 2009. No objections were filed. All terms of the sale as set

18 forth in the NOTICE OF INTENT TO SELL ASSETS have been completed. The sale is

19 complete. The debtor Nancy Brewin purchased non exempt equity in a 1996 Aerostar, for

20 $1,000.00, and a 1999 Avalon, for $2,000.00, from the bankruptcy estate.

21       Date: July 6, 2009

22

                                           /s/ Michael P. Dacquisto
23                                         MICHAEL P. DACQUISTO,
                                           Chapter 7 Trustee
24

25

26

27

28

# PROOF OF SERVICE

I am a resident of and employed in the County of Shasta, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1901 Court Street, Redding, California 96001. On this date I served:

**REPORT OF SALE**

 X   **BY MAIL** I mailed a true copy thereof in a sealed envelope, with postage thereon fully prepaid, in the United States Mail at Redding, California addressed as set forth below:

**NANCY LOUISE BREWIN**
**5399 PENTZ RD**
**PARADISE, CA 95969**

 X   **BY E-SERVICE** I e-mailed a true copy thereof as a pdf attachment pursuant to FRCivP 5 as set forth below:

**ustpRegion17.sc.ecf@usdoj.gov**
**(United States Trustee)**

**djacobs@japc-law.com**
**djacobs@jacobsanderson.com**
**(Doug Jacobs, Attorney for Debtors)**

____ **BY FACSIMILE** I sent a true copy of the above document via facsimile transmission to the office(s) of the parties as set forth below on this date before 5:00 p.m. At the time of the transmission I was at least eighteen years of age and not a party to this legal proceeding. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record, a copy of which is attached to this declaration. The transmission was made to:

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service at their facility in Redding, California, the same day in the ordinary course of business. I am aware that upon motion of a party served, service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

I hereby certify that the document(s) listed above was/were produced on paper purchased as recycled.

____ **STATE** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

 X   **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 6, 2009, at Redding, California.

/s/ Sherry A. Wymore
SHERRY A. WYMORE