UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | |
|---|---|---|
| **Case Title :** | Nancy Louise Brewin | **Case No :** 09-28692 - C - 7 |
| | | **Date :** 10/27/09 |
| | | **Time :** 09:30 |
| **Matter :** | [24] - Motion/Application to Sell [MPD-1] Filed by Trustee Michael P. Dacquisto (rlos) | UNOPPOSED |
| | [24] - Motion/Application to Employ a Real Estate Broker, to Pay a Real Estate Commission, Costs of Sale and Liens of Record [MPD-1] Filed by Trustee Michael P. Dacquisto (rlos) | |
| **Judge :** | Christopher M. Klein | |
| **Courtroom Deputy :** | Teresa Jackson | |
| **Reporter :** | Diamond Reporters | |
| **Department :** | C | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Trustee - Michael P. Dacquisto
**Respondent(s) :**
None

MOTION was :
Findings of fact/conclusions of law stated orally on record
Granted

ORDER TO BE PREPARED BY :   Michael P. Dacquisto