2009-28692
FILED
October 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002182822

**3**

MICHAEL P. DACQUISTO
Chapter 7 Trustee
PO Box 992631
Redding, California 96099-2631

Telephone: (530) 244-6267
Fax: (530) 244-0907

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | NO. 09-28692-C-7 |
| **NANCY LOUISE BREWIN** | DCN: MPD-1 |
| _____Debtor_____ / | Date: October 27, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 35, Dept C<br>501 I Street, 6th Floor<br>Sacramento, CA 95814 |

**ORDER AFTER HEARING ON MOTION FOR AUTHORIZATION (1) TO SELL THE DEBTOR'S INTEREST IN REAL PROPERTY DESCRIBED AS 5399 PENTZ ROAD, PARADISE, CALIFORNIA, APN 055-262-014 FREE AND CLEAR OF LIENS AND (2) TO EMPLOY A REAL ESTATE BROKER, TO PAY A REAL ESTATE COMMISSION, COSTS OF SALE AND LIENS OF RECORD**

This matter was heard on October 27, 2009 at the time and location set forth above. Appearances were made as noted on the civil minutes filed with the court. The court reviewed the pleadings and papers filed in support of the motion and heard the oral argument presented. The court stated its finding of fact and conclusions of law orally on the record and granted the motion as reflected by the civil minutes filed with the court. Based on these facts the court makes the following order.

**IT IS HEREBY ORDERED:**

RECEIVED
October 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002182822

1. The motion of Michael Dacquisto (hereafter Dacquisto) for authorization to sell is granted as set forth below.

2. Pursuant to 11 U.S.C. §363(b) Dacquisto is authorized to sell to Paul Browning and Laurie Browning (hereafter "Buyer") the debtor's interest in real property described as 5399 Pentz Road, Paradise, California, APN 055-262-014.

3. Pursuant to 11 U.S.C. §363(f)(3) this sale is free and clear of the real property tax lien(s) of Butte County in the approximate amount of $700.00.

4. Pursuant to 11 U.S.C. §363(f)(3) this sale is free and clear of the lien created by the deed of trust in favor of Bank of America Home Loans in the approximate sum of $99,000.00.

5. The sales price shall be $278,000.00. From that amount, deductions in the following order are authorized:

6. The payment of a real estate commission of $16,680.00, with $8,340.00 payable to United Country Johnson Real Estate as the listing broker and with $8,340.00 payable to Coldwell Banker Ponderosa Real Estate as the selling broker. Employment of these two brokers is authorized and payments to them are authorized as administrative expenses of the bankruptcy estate.

7. The payment of the normal and customary costs and expenses of sale is authorized as an administrative expense of the estate.

8. The payment of approximately $700.00 to Butte County for unpaid property taxes is authorized.

9. The payment of approximately $99,000.00 to Bank of America Home Loans for the note secured by deed of trust in their favor is authorized.

10. The payment of $148,000.00 as full payment of her allowed exemption to the debtor Nancy Brewin is authorized.

11. The remaining funds shall be paid to Dacquisto as trustee of the bankruptcy estate of Nancy Brewin.

12. Dacquisto is authorized to sign all documents necessary to complete this sale.
13. No finding of good faith under 11 U.S.C. §363(m) was requested or made.

Dated: October 30, 2009

_____
United States Bankruptcy Judge